No. 3862.—FARMERS' AND MANUFACTURERS' AID ASSOCIATION *v.* E. D. STRAWBRIDGE et al.

The appeal will be dismissed on motion, if more than three judicial days pass, after the return day, before the record is filed in the appellate court.

APPEAL from the Sixth Judicial District Court, parish of St. Tammany.   *Ellis, J.   J. M. Thomson*, for creditors and sheriff.   *T.* and *J. Ellis* and *H. D. Ogden*, for defendants and appellees.

LUDELING, C. J.   The motion to dismiss the appeal in this case must prevail.   The return day for appeals from the parish of St. Tammany is the second Monday of February of each year.   Acts of 1870, No. 44, p. 99.   The second Monday of last month was the twelfth. This transcript was not filed until the twenty-eighth of February. More than three judicial days having elapsed after the return day, and the date of filing the transcript, the appeal must be dismissed.   C. P. 587, 884; 3 An. 226; 21 An 212.

It is therefore ordered that the appeal be dismissed at the costs of appellants.